

## NUMBER 13-09-00210-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

MELODIO ELOY REYES,                                                        Appellant,

v.

TEXAS PAROLE PANEL,                                                         Appellee.

On appeal from the 275th District Court of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Melodio Eloy Reyes, attempted to perfect an appeal from a judgment entered by the 275th District Court of Hidalgo County, Texas, in cause number C-761-07-E. Judgment in this cause was signed on November 18, 2008. No motion for

new trial was filed. Pursuant to Texas Rule of Appellate Procedure 26.1, appellant's notice of appeal was due on December 18, 2008, but was not filed until March 30, 2009.

On April 23, 2009, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a)(c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 18th day of June, 2009.